SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
ERIC D. SENTLINGER (SBN: 215380)
esentlinger@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESSLY VASQUEZ and URIEL PITA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; a Delaware Corporation, and DOES 1 through 10, inclusive<br>Defendant(s). | Case No. 2:23-cv-00104-MCE-CSK<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONTINUE TRIAL AND RELATED DATES**<br><br>Complaint filed:  December 13, 2022<br>Removed:  January 17, 2023 |

## Order

The Court, having considered the Stipulation to Continue Trial and Related Dates, ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:

   a. Completion of All Non-Expert Discovery: January 17, 2024

   b. Expert Witness Disclosures (Initial):  March 17, 2024

   c. Expert Witness Disclosures (Supplemental):  April 16, 2024

   d. Dispositive Motions Shall Be Filed by:  July 15, 2024

//
//

-1-
ORDER GRANTING AMENDED STIPULATION TO CONTINUE TRIAL AND RELATED DATES

e. Joint Notice of Trial Readiness (if no dispositive motions): May 15, 2024

f. Joint Notice of Trial Readiness (if dispositive motion filed): 30 days after the Court's ruling on the last filed dispositive motion.

2. The deadlines/dates are continued as follows:

　　a. Completion of All Non-Expert Discovery: November 15, 2024

　　b. Expert Witness Disclosures (Initial):  December 6, 2024

　　c. Expert Witness Disclosures (Supplemental):  December 20, 2024

　　d. Dispositive Motions Shall Be Filed by: January 24, 2025

　　e. Joint Notice of Trial Readiness (if no dispositive motions):  February 5, 2025.

　　f. Joint Notice of Trial Readiness (if dispositive motion filed): 30 days after the Court's ruling on the last filed dispositive motion.

IT IS SO ORDERED.

Dated:  May 16, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE