1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

9

10  **LESSLY VASQUEZ and**
**URIEL PITA GARCIA,**
11

12

13            Plaintiffs,

14      v.

15

16  **FORD MOTOR COMPANY, a**
**Delaware Corporation; and DOES 1**
17  **through 10, inclusive,**

18

19

20            Defendants.

21

22

Case No.: **2:23-cv-00104-MCE-KJN**

**ORDER ON STIPULATION**
**REGARDING PLAINTIFF'S**
**ATTORNEY'S FEES, COSTS AND**
**EXPENSES**

Honorable Judge Morrison C. England,
Jr.

23

24  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25      Plaintiffs LESSLY VASQUEZ and URIEL PITA GARCIA ("**Plaintiffs**") and

26  Defendant FORD MOTOR COMPANY ("**Defendant**"), by and through their

27  respective counsel of record, have entered into a stipulation for entry of an Order by

28  the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $16,000.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $16,000.00 to Plaintiff within 45 days of September 4, 2024.

**IT IS SO ORDERED.**

**Dated:  September 14, 2024**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION